# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@mnat.com

July 28, 2017

The Honorable Christopher J. Burke                              *BY ELECTRONIC FILING*
United States District Court
 for the District of Delaware
844 N. King Street, Unit 28
Wilmington, DE 19801

      Re:    *Ethicon LLC et al. v. Intuitive Surgical, Inc. et al.*,
             C.A. No. 17-871 (LPS)(CJB)

Dear Judge Burke:

      We write on behalf of Plaintiffs ("Ethicon"). Ethicon has today filed a motion requesting a conference with the Court to seek limited expedited discovery in furtherance of a preliminary injunction motion against the launch of a new product by Defendants ("Intuitive"). We have discussed this issue with Intuitive's in-house counsel over the last three weeks and conferred today with Intuitive's Delaware counsel, but we have been unable to resolve the issue. We have served this letter and the motion on Intuitive's outside counsel.

                                                      Respectfully,

                                                      */s/ Jack B. Blumenfeld*
                                                      Jack B. Blumenfeld (#1014)

JBB:ncf

cc:    Clerk of Court (by hand helivery)
        John W. Shaw (by email)
        David Fry (by email)
        Brian L. Ferrall (by email)