IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ETHICON LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-871-LPS-CJB |
| | ) | |
| INTUITIVE SURGICAL, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 20, 2017, the following document was served on the persons listed below in the manner indicated:

1) Defendants' Initial Disclosures

**BY EMAIL**

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

Diane P. Sullivan
WEIL GOTSHAL & MANGES, LLP
17 Hulfish Street, Suite 201
Princeton, NJ 08542
(609) 986-1120
diane.sullivan@weil.com

Elizabeth Stotland Weiswasser
Anish R. Desai
WEIL GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
elizabeth.weiswasser@weil.com
anish.desai@weil.com

Christopher T. Marando
Christopher M. Pepe
WEIL GOTSHAL & MANGES, LLP
2001 M. Street NW, Suite 600
Washington, DC 20036
(202) 682-7000
christopher.marando@weil.com
christopher.pepe@weil.com

| | /s/ David M. Fry |
| --- | --- |
| | John W. Shaw (No. 3362) |
| | Karen E. Keller (No. 4489) |
| | David M. Fry (No. 5486) |
| | SHAW KELLER LLP |
| | I.M. Pei Building |
| OF COUNSEL: | 1105 North Market Street, 12th Floor |
| Robert A. Van Nest | Wilmington, DE 19801 |
| Brian Ferrall | (302) 298-0700 |
| R. Adam Lauridsen | jshaw@shawkeller.com |
| William S. Hicks | kkeller@shawkeller.com |
| Eduardo E. Santacana | dfry@shawkeller.com |
| KEKER VAN NEST & PETERS LLP | *Attorneys for Defendants* |
| 633 Battery Street | |
| San Francisco, CA 94111 | |
| (415) 391-5400 | |

Dated: November 21, 2017