**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE  19899-1347
(302) 658-9200
(302) 658-3989 FAX

**BRIAN P. EGAN**
(302) 351-9454
began@mnat.com

September 12, 2018

The Honorable Leonard P. Stark                                           *VIA ELECTRONIC FILING*
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DC  19801

> Re:   *Ethicon LLC et al. v. Intuitive Surgical, Inc. et al.*
>         C.A. No. 17-871 (LPS) (CJB)

Dear Chief Judge Stark:

  Pursuant to Paragraph 15 of the Court's Scheduling Order (D.I. 47), Plaintiffs Ethicon LLC, Ethicon Endo-Surgery, Inc., and Ethicon US, LLC (collectively, "Ethicon") and Defendants Intuitive Surgical, Inc., Intuitive Surgical Operations, Inc., and Intuitive Surgical Holdings, LLC (collectively, "Intuitive") jointly submit this interim status report.

  This is a patent infringement action involving surgical stapling technology. Ethicon filed this action on June 30, 2017 alleging infringement under 35 U.S.C. § 271(a) by Intuitive's *EndoWrist* Stapler 45 and *EndoWrist* Stapler 30. Most recently, on August 9, 2018, Ethicon filed a third amended and supplemental complaint alleging infringement under 35 U.S.C. § 271(f). D.I. 135. Intuitive's response is due September 24, 2018.

  Discovery is currently underway. The parties' deadline for substantial completion of document production was August 24, 2018. The parties have served and responded to discovery requests and anticipate conducting additional written discovery over the course of the coming months. The parties also anticipate conducting fact depositions during this period. Fact discovery is currently scheduled to close on November 15, 2018. The parties may have disputes regarding discovery responses and the scope of document productions. If any disputes arise that require Court intervention, the parties will follow the Court's discovery dispute procedures.

  The Court has scheduled a *Markman* hearing for October 1, 2018. The parties have submitted opening and responsive claim construction briefs. Ethicon has filed a motion to strike the declaration of Jeffrey Vaitekunas (D.I. 129) and for leave to file a reply concerning the construction of the term "spine" in U.S. Patent No. 8,479,969. D.I. 138. Intuitive filed its response on September 11, 2018. Ethicon will file its reply and request for a teleconference on September 14, 2018.

The Honorable Leonard P. Stark
September 12, 2018
Page 2

                                            Respectfully,

                                            */s/ Brian P. Egan*

                                            Brian P. Egan (#6227)

BPE/rah

cc:      All Counsel of Record (Via Electronic Mail)