IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHICON LLC, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  C.A. No. 17-871-LPS |
| | ) |
| INTUITIVE SURGICAL, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SUBSEQUENT AUTHORITY**

Pursuant to Local Rule 7.1.2(b), defendants notify the Court that the Patent Trial and Appeal Board has granted defendants' petitions for *inter partes* review with respect to the asserted claims of U.S. Patent Nos. 9,585,658 and 8,479,969 (*see* Exhs. A, B, and C), which were pending when defendants filed their Motion to Stay Pending *Inter Partes* Review (D.I. 246).

OF COUNSEL:
Robert A. Van Nest
Brian Ferrall
R. Adam Lauridsen
William S. Hicks
Eduardo E. Santacana
Ankur Shingal
Divya Musinipally
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
(415) 391-5400

/s/ David M. Fry
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Defendants*

Dated: January 15, 2019