IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHICON LLC, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 17-871-LPS |
| | ) |
| INTUITIVE SURGICAL, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SUBSEQUENT AUTHORITY**

Pursuant to Local Rule 7.1.2(b), defendants notify the Court that the Patent Trial and Appeal Board has granted defendants' petition for *inter partes* review with respect to the asserted claims of U.S. Patent No. 8,616,431 (*see* Ex. A), which was pending when defendants filed their Motion to Stay Pending *Inter Partes* Review (D.I. 246). This was the last pending IPR petition, and IPRs have now been instituted on 14 of the 15 asserted claims.[1]

|  |  |
|---|---|
| | */s/ David M. Fry* |
| | John W. Shaw (No. 3362) |
| | Karen E. Keller (No. 4489) |
| OF COUNSEL: | David M. Fry (No. 5486) |
| Robert A. Van Nest | SHAW KELLER LLP |
| Brian Ferrall | I.M. Pei Building |
| R. Adam Lauridsen | 1105 North Market Street, 12th Floor |
| William S. Hicks | Wilmington, DE 19801 |
| Eduardo E. Santacana | (302) 298-0700 |
| Ankur Shingal | jshaw@shawkeller.com |
| Divya Musinipally | kkeller@shawkeller.com |
| KEKER, VAN NEST & PETERS LLP | dfry@shawkeller.com |
| 633 Battery Street | *Attorneys for Defendants* |
| San Francisco, CA 94111 | |
| (415) 391-5400 | |

Dated: February 20, 2019

---

[1] Defendants' request for rehearing on claim 20 of the '874 patent is still pending.