# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 FAX

**Brian P. Egan**
(302) 351-9454
began@morrisnichols.com

October 11, 2023

The Honorable Gregory B. Williams                                        *VIA ELECTRONIC FILING*
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DC  19801

      Re:    *Ethicon LLC, et al. v. Intuitive Surgical, Inc., et al.*
             C.A. No. 17-871 (GBW)

Dear Judge Williams:

      Pursuant to the Court's oral order on October 5, 2023, Plaintiffs Ethicon LLC, Ethicon Endo-Surgery, Inc. and Ethicon US LLC (collectively, "Ethicon") submit this opening letter brief setting forth a summary of the status of the cases prior to the stay, and their proposal of how the case should proceed forward with respect to the claims that the accused EndoWrist Xi products infringe claim 24 of U.S. Patent No. 8,479,969 ("the 969 Patent") and claim 20 of U.S. Patent No. 9,113,874 ("the 874 Patent").

**Case Status**

      On June 30, 2017, Ethicon filed a complaint for patent infringement alleging that Intuitive's EndoWrist Xi product infringes, *inter alia*, the 969 Patent and the 874 Patent. The parties completed claim construction briefing (D.I. 116, 119, 127, 130, 152, 180, 191) and a Markman hearing was held on October 1, 2018. The Court issued a Markman Order on December 28, 2018.[1] D.I. 254. The parties completed fact discovery on December 6, 2018. Ethicon served final infringement claim charts on January 9, 2019 (D.I. 265), and Intuitive served final invalidity contentions on January 18, 2019 (D.I. 274) and amended final invalidity contentions on January 24, 2019 (D.I. 277). On February 15, 2019, with respect to the 969 and 874 Patents, Ethicon served opening expert reports on infringement and damages, and Intuitive served an opening expert report on invalidity. On March 20, 2019, Ethicon served a rebuttal expert report on validity, and Intuitive served rebuttal expert reports on non-infringement and damages. The parties were scheduled to serve reply expert reports on April 10, 2019, but the

---

[1] The Court's Markman Order addressed the following terms from the 969 and 874 Patents: "tool mounting portion operably coupled to a distal end of said proximal spine portion" (969, claim 24); "proximal/distal spine portion" (969, claim 24); "driver element supported for axial travel through said end effector in response to a firing motion" (874, claim 20); "remote user-controlled console" (874, claim 20);

The Honorable Gregory B. Williams
October 11, 2023
Page 2

case was stayed pending *inter partes* review[2] on March 20, 2019.  D.I. 307.  The stay order was modified pursuant to stipulation to extend to the later of the ITC proceeding[3] involving the 969 and 874 Patents becoming final or the IPRs becoming final.  D.I. 310.

On October 4, 2023, the parties filed a joint status report agreeing that the stay in this case should be lifted and requesting a status conference with the Court.  The Court scheduled the status conference for October 19, 2023 and requested letter briefing from the parties on how this case should proceed.

**Ethicon's Proposed Schedule**

Ethicon submits that the following activities remain in this case: (i) New claim constructions or requests for reconsideration of the Court's Markman Order that Intuitive has indicated it intends to raise[4] (*see* D.I. 324 at 2); (ii) Intuitive supplementing its financial data production for the accused EndoWrist Xi products for the period of December 10, 2018 to present; (iii) Ethicon's motion to strike certain invalidity contentions relating to the 874 Patent (D.I. 296-297) that was denied as moot in view of the stay (*see* D.I. 309); (iv) Ethicon's reply expert reports on infringement and damages; (v) Intuitive's reply expert report on invalidity; (vi) summary judgment[5] and Daubert motions; (vii) pretrial exchanges and submissions; and (viii) trial.  Ethicon's proposed schedule is set forth below:

| Event | Date |
| --- | --- |
| Intuitive files motion for claim construction or motion for reconsideration of claim construction | November 9, 2023 |
| Ethicon responsive brief on motion for claim construction or motion for reconsideration of claim construction | November 30, 2023 |
| Intuitive reply brief on motion for claim construction or motion for reconsideration of claim construction | December 7, 2023 |

---

[2] Intuitive filed three IPR petitions challenging claim 24 of the 969 Patent.  The PTAB instituted all three petitions and issued three final written decisions finding that claim 24 was not unpatentable.  These decisions were affirmed by the Federal Circuit.  *Intuitive Surgical, Inc. v. Ethicon LLC*, 25 F.4th 1035 (Fed. Cir. 2022); *Intuitive Surgical, Inc. v. Ethicon LLC*, Nos. 2020-1480, 2020-1482, 2022 U.S. App. LEXIS 3810 (Fed. Cir. Feb. 11, 2022).  Intuitive filed one IPR petition challenging all claims of the 874 Patent, and the PTAB denied institution of the petition.

[3] *Certain Laparoscopic Surgical Staplers, Reload Cartridges, and Components Thereof*, Inv. No. 337-TA-1167.

[4] Intuitive has not specified what claim construction issue(s) it intends to raise.  Ethicon reserves the right to argue that Intuitive has waived the right to raise new issues that could have been made previously or re-raise issues that were already considered by the Court.

[5] Ethicon intends to file at least a summary judgment motion on validity of the 969 Patent based on IPR estoppel pursuant to 35 U.S.C. § 315(e)(2).

The Honorable Gregory B. Williams
October 11, 2023
Page 3

| Event | Date |
|---|---|
| Hearing on motion for claim construction or motion for reconsideration of claim construction | January __, 2024 |
| Reply expert reports | April 11, 2024 |
| Close of expert discovery | May 2, 2024 |
| Deadline for case dispositive motions and Daubert motions | May 16, 2024 |
| Hearing on case dispositive motions and Daubert motions | TBD |
| Joint final pretrial order, including motions *in limine* | 7 days before pretrial conference |
| Jury instructions, voir dire, and special verdict forms | 7 days before pretrial conference |
| Pretrial conference | August __, 2024 |
| Trial (3-5 days) | September __, 2024 |

Respectfully,

*/s/ Brian P. Egan*

Brian P. Egan (#6227)

BPE/bac

cc:   All Counsel of Record (via electronic mail)